Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff JASPER ABBATELLO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JASPER ABBATELLO ) | Case No.:   1:12-CV-1969-SMS |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND |
| ) | BRIEFING SCHEDULE; |
| vs. ) | ORDER THEREON |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| ) | |
| of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jasper Abbatello ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to September 11, 2013; and that Defendant shall have until October 11, 2013, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due October 28, 2013.

1 An extension of time for plaintiff is needed due to a serious illness in
2 Counsel's family.  Counsel Spouse receives chemotherapy treatment for her Stage
3 IV breast cancer which metastasized initially to her liver and continues to spread to
4 her lungs and spine.  Counsel requires the additional time to file the Opening Brief
5 to allow him to devote the appropriate time to assist his Spouse and his two
6 kindergarten and pre-school aged children through this obviously stressful
7 experience.  Counsel sincerely apologizes to the court for any inconvenience this
8 may have had upon it or its staff.

DATE: August 12, 2013          Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING
                               /s/ *Steven G. Rosales*
                           BY:_____
                               Steven G. Rosales
                               Attorney for plaintiff JASPER ABBATELLO

DATE:  August 12, 2013         BENJAMIN WAGNER
                               United States Attorney


                               */S/- Carolyn B. Chen

                               _____
                               Carolyn B. Chen
                               Special Assistant United States Attorney
                               Attorney for Defendant
                               [*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including September 11, 2013, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to October 11, 2013 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary. Any reply by plaintiff will be due October 28, 2013.

IT IS SO ORDERED.

DATE: 8/13/2013

/s/ SANDRA M. SNYDER
THE HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE