BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASPER RAY ABBATELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-CV-01969-SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF 45 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 45 days to respond to Plaintiff's Motion for Summary Judgment. This is the first continuance sought by Defendant. Defendant's counsel requests additional time due to the lapse in appropriations that occurred at the end of the day on September 30, 2013. On that day, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed. The same was true for most Executive agencies, including the Social Security Administration.

Stipulation and Proposed Order for extension, 1:12-CV-01969-SMS

1  Defendant requested a stay of proceedings for this case, and the Court granted a stay on
2  October 3, 2013.
3       Effective October 17, 2013, funds were appropriated for the Department of Justice and
4  the Social Security Administration, and attorneys in both offices are resuming their usual civil
5  litigation functions.  Notwithstanding the return of all attorneys, the Office of the General
6  Counsel for the Social Security Administration has a substantial backlog of work as a result of
7  this lapse in appropriations.  The Office of the General Counsel is working diligently to prioritize
8  and work through this backlog as efficiently as possible.  As such, the Acting Commissioner
9  requests a 45-day extension of time for filing the Commissioner's response to Plaintiff's motion
10 for summary judgment.
11      After the lifting of the stay, the current due date is October 28, 2013.   The new due date
12 will be December 12, 2013.  The parties further stipulate that the Court's Scheduling Order shall
13 be modified accordingly.

15 Respectfully submitted,

17 Dated: October 22, 2013                    LAW OFFICES OF LAWRENCE D. ROHLFING

18                                                *s/ Steven G. Rosales*
19                                                (As authorized by email on 10/22/2013)
                                               STEVEN R. ROSALES
20                                                Attorney for Plaintiff

21 Date: October 22, 2013                     BENJAMIN B. WAGNER
                                               United States Attorney
22
23                                                By *s/ Carolyn B. Chen*
                                               CAROLYN B. CHEN
24                                                Special Assistant U. S. Attorney

25                                                Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated:  **October 24, 2013**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE